1  RICHARD C. RYBICKI, Bar No. 160096
   BRANDON R. BLEVANS, Bar No. 197281
2  PATRICK B. SUTTON, Bar No.
   RYBICKI & BLEVANS, LLP
3  50 Old Courthouse Square, Suite 311
   Santa Rosa, CA  95404
4  Telephone:        707.524.7000
   Facsimile:         707.546.6800
5
   Attorneys for Defendants
6  DON PRIDMORE & SON CONSTRUCTION, INC.
   and MARILYN JOAN PRIDMORE
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOHN BONILLA as CHAIRMAN and KEN WALTERS as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND, | Case No. C 05 3977 VRW

**STIPULATED REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

[Per September 30, 2005 Order]


Date:           January 31, 2006
Time:           9:00 a.m.
Place:          Courtroom 6

                           Plaintiffs,

v.

DON PRIDMORE & SON CONSTRUCTION, INC., a California corporation; and MARILYN JOAN PRIDMORE, an Individual,
                           Defendants.

RYBICKI & BLEVANS, LLP
50 Old Courthouse Square
Suite 311
Santa Rosa, CA  95404
707.524.7000

                                   1

**STIPULATION TO CONTINUE CMC**                                Case No. C 05 3977 VRW

1  Due to a conflict in scheduling on the part of lead trial counsel for Defendants, the details of
2  which are set forth more fully in the Declaration of Patrick B. Sutton submitted herewith, the parties
3  stipulate to and request a continuance of the case management conference now set for January 31,
4  2006, to February 7, 2006.  Pursuant to said continuance, if this Request is granted, the parties
5  stipulate that the last day to complete initial disclosures or state objection in Rule 26(f) Report, to
6  file and serve a Case Management Statement, and to file and serve a Rule 26(f) report shall be
7  extended to January 31, 2006.

9  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
10 "conformed" signature (/s/) within this document.

Dated: January 20, 2006                              RYBICKI & BLEVANS, LLP

                                                     _____/s/_____
                                                     PATRICK B. SUTTON
                                                     Attorneys for Defendants
                                                     DON PRIDMORE & SON
                                                     CONSTRUCTION, INC. and MARILYN
                                                     JOAN PRIDMORE


Dated: January 18, 2006                              STANTON, KAY & WATSON, LLP

                                                     _____/s/_____
                                                     JAMES P. WATSON
                                                     Attorneys for Plaintiffs JOHN BONILLA, et al.

RYBICKI & BLEVANS, LLP
50 Old Courthouse Square
Suite 311
Santa Rosa, CA  95404
707.524.7000

2

**STIPULATION TO CONTINUE CMC**                                    Case No. C 05 3977 VRW

**CASE MANAGEMENT ORDER**

~~[PROPOSED]~~

The case management conference scheduled for January 31, 2006, is hereby CONTINUED to February 7, 2006, at 9:00 a.m.  The parties shall complete initial disclosures or state objections in the Rule 26(f) Report, file and serve a Case Management Statement, and file and serve a Rule 26(f) report no later than January 31, 2006.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: January 26, 2006

*GRANTED*
*Judge Vaughn R Walker*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

RYBICKI & BLEVANS, LLP
50 Old Courthouse Square
Suite 311
Santa Rosa, CA  95404
707.524.7000

3

STIPULATION TO CONTINUE CMC                                   Case No. C 05 3977 VRW