1  James P. Watson (SBN 046127)
   Bruce K. Leigh (SBN 129753)
2  Anne Bevington (SBN 111320)
   STANTON, KAY & WATSON, LLP
3  101 New Montgomery Street, Fifth Floor
   San Francisco, CA 94105-3612
4  Telephone:   415-512-3501
   Facsimile:    415-512-3515
5  Email:         AnneB@skwsf.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | JOHN BONILLA as CHAIRMAN and KEN WALTERS as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND, | **CASE NO. C-05-3977 VRW**

**STIPULATION TO PERMIT PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT AND (~~PROPOSED~~) ORDER THEREON**

                        Plaintiffs,

          v.

DON PRIDMORE & SON CONSTRUCTION, INC., a California corporation; and MARILYN JOAN PRIDMORE, an Individual,

                        Defendants.

27          The parties hereto, through their respective counsel, hereby stipulate that plaintiffs may file

28  the First Amended Complaint for Damages for Breach of Collective Bargaining Agreement, to

- 1 -
**STIPULATION TO PERMIT PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT AND (PROPOSED) ORDER THEREON**
 [CASE NO. c-05-3977 VRW]

1  Recover Trust Fund Contributions and for Injunctive Relief which is attached hereto as **Exhibit A**,
2  and that the same shall be deemed served upon defendants on the date of entry of the order set forth
3  below.
4  DATED:  May *4*, 2006.                              STANTON, KAY & WATSON, LLP
5
6                                                                  By _/s/ Anne Bevington_____
                                                                         Anne Bevington
7                                                                     Attorneys for Plaintiffs
8
9  DATED:  May *4*, 2006.                              RYBICKI & BLEVANS, LLP
10
11                                                                 By __/s/ Patrick Sutton_____
                                                                         Patrick B. Sutton
12                                                                   Attorneys for Defendants

13                                                  **ORDER**

14         The Court having read the parties' Stipulation to Permit Plaintiffs to File First Amended
15  Complaint, and good cause appearing therefor, the stipulation is hereby adopted as the order of this
16  Court.
17         IT IS HEREBY ORDERED.
18  DATED: _____                    _____
19                                                                  HON. _____
                                                                    UNITED STATES DISTRICT JUDGE
20
                                                                    *IT IS SO ORDERED*
                                                                    *Judge Vaughn R Walker*
21
22
23
24  F:\CASES\30\32.198 Don Pridmore & Son\FIRST AMENDED COMPLAINT.doc
25
26
27
28

- 2 -
**STIPULATION TO PERMIT PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT AND (PROPOSED) ORDER THEREON**
 **[CASE NO. c-05-3977 VRW]**